[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 11-12805
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 23, 2012
JOHN LEY
CLERK

D.C. Docket No. 4:11-cr-00020-LSC-RRA-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT LOUIS KING,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(May 23, 2012)

Before CARNES, WILSON and HILL, Circuit Judges.

PER CURIAM:

Jason Tompkins, appointed counsel for Robert Louis King, has filed a

motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v.*

*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and King's conviction and sentence are **AFFIRMED**.